## Case No. 13,173.

### SOMMERVILLE v. FRENCH.

[1 Cranch. C. C. 474.] [1]

Circuit Court, District of Columbia.   Dec., 1807.

WITNESS—FAILURE TO ATTEND—ATTACHMENT.

The court will send attachments into Maryland for witnesses who reside within one hundred miles of Washington, if they fail to attend according to summons.

W. W. Berry having been summoned by the marshal of the District of Columbia, to attend as a witness for the plaintiff in this cause, and failing to attend when called,—

THE COURT, on motion of Mr. Morsell, for plaintiff, ordered an attachment, directed to the marshal of Maryland; it being suggested that the witness resides in Maryland. DUCKETT, Circuit Judge, absent.

Several other attachments were issued in the like case at this term.